UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DENNIS MCCORKELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:15CV138RLW |
| OCWEN LOAN SERVICING, INC., | ) ) ) |
| Defendant. | ) |

### ORDER OF DISMISSAL

Pursuant to the Stipulation for Dismissal filed by the parties (ECF No. 22),

**IT IS HEREBY ORDERED** that this case is **DISMISSED** with prejudice, each party to bear its own costs.

Dated this  20th  day of August, 2015.

_Ronnie L. White_
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**